**William R. Van Cortland, appellee, v. Harlie O. Price, appellant. Gen. No. 30,030.**

Motion to vacate order of appeal, judgment and finding, and for dismissal of suit. Motion granted. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Webster, Holmes & Holmgren, for appellant; Daniel Webster, of counsel. Joseph G. Porter, for appellee; Arthur Abraham, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Helen Lipinski, appellee, v. City of Chicago, appellant. Gen. No. 30,085.**

Action for personal injuries sustained by reason of defective sidewalk. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant. Earl B. Dickerson and Gilbert W. Morgan, Assistant City Attorneys, of counsel. Augustine J. Bowe and William J. Bowe, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Marlborough Building Corporation, appellee, v. Frank J. Douglass, appellant. Gen. No. 30,098.**

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Alfred Roy Hulbert, for appellant. D. H. Mann, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Anderson-Lundgren Cut Stone Company, plaintiff and appellee, v. Patrick Meegan et al., defendants. Patrick Meegan and John E. Colnon, trading as John E. Colnon & Company, appellants. Gen. No. 30,107.**

Action on bill of exchange. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Mathew D. Hartigan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed October 6, 1925. Rehearing denied October 19, 1925.

Thomas M. Poynton, for appellants. John J. Sonsteby, for appellee.

Mr. Justice Gridley delivered the opinion of the court.